JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KOSAL CHHUM, et al., | No. SACV 20-00047 SB (JDEx) |
| Plaintiffs, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| UNITED STATES OF AMERICA, | Honorable Stanley Blumenfeld Jr.<br>United States District Judge |
| Defendant. | |

In light of the parties' stipulation, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice in its entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each side to bear its own costs, fees, and expenses.

Dated: June 7, 2021

                                         **Stanley Blumenfeld, Jr.**
                                         **United States District Judge**